JTW/USAO#2018R00774

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal no. GLR-18-0552 |
| GEORGE TOMASACK, | * | (Interstate Transmission of Threats to Injure, 18 U.S.C. § 875(c)) |
| Defendant. | * | |

...oOo...

## CRIMINAL INFORMATION

### COUNT ONE

**(Interstate Transmission of Threats to Injure)**

The United States Attorney charges that:

On or about October 25, 2016, in the District of Maryland, the defendant,

**GEORGE TOMASACK,**

knowingly and willfully did transmit in interstate commerce from Maryland to Virginia telephone communications to employees of the Pentagon Tours Office located at the United States Pentagon, a United States Military Installation, threats to injure the person of another, that is that the defendant threatened to injure and kill employees of United States Pentagon through the use of a bomb.

18 U.S.C. § 875(c)

_Robert K. Hur/dr_
ROBERT K. HUR
UNITED STATES ATTORNEY